# Exhibit "A"

08VS1326126

**GEORGIA**
**FULTON COUNTY**   FEB 2 0 2008

~~PAID~~
~~DEFENDANTS~~
~~MARS. SV.~~
0

**DO NOT WRITE IN THIS SPACE**

**STATE COURT OF FULTON COUNTY**
Civil Division

FILED IN OFFICE

2008 FEB 20  AM 9: 34

LVNV FUNDING LLC ASSIGNEE OF HOUSEHOLD

BANK (SB) N.A. FOR LEVITZ BULK

CLERK/STATE COURT OF
PRINCIPAL FULTON CO., GEORGIA

Plaintiff's Name, Address, City, State, Zip Code

VS.

JOSEPH FANNIN

2480 SURREY TRL

ATLANTA GA 30349

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [X] ACCOUNT | |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $   457.67 |
| [ ] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $   -0- |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $ 147.50 |
| [ ] SPECIAL LIEN | |
| | • • • • • • • • • • • • • |
| [ ] NEW FILING | |
| [ ] RE-FILING | |
| PREVIOUS CASE NO. | |

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name:_____

Address:_____

City, State, Zip Code:_____

Frederick J. Hanna & Associates, PC
Attorneys at Law
1427 Roswell Road
Marietta, GA 30062

Phone No.:_____

an answer to the complaint which is herewith served on you, within thirty (30) days after service on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSE MAY BE MADE & JURY TRIAL DEMANDED**, if desired, in the Clerk's Office at 185 Central Ave., S.W., Room TG100, Atlanta, GA 30303.

This _____ FEB 2 0 2008 _____ Deputy Clerk

If the sum claimed in the suit, or value of the property sued for, is $300.00 or more Principal, the defendant must admit or deny the paragraphs of plaintiff's petition by making written Answer. Such paragraphs undenied will be taken as true. If the plaintiff's petition is sworn to, or if suit is based on an unconditional contract in writing, then the defendant's answer must be sworn to.

If the principal sum claimed in the suit, or value of the property sued for, is less than $300.00, and it is on a note, unconditional contract, account sworn to, or the petition sworn to, defense must be made by filing a sworn answer setting up the facts relied on as a defense.

## SERVICE INFORMATION:

Served ,this _____ day of _____, 20_____.

_____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

This _____ day of _____, 20_____.   _____ Foreperson

### (STAPLE TO FRONT OF COMPLAINT)

IN THE STATE COURT FOR THE COUNTY OF FULTON
STATE OF GEORGIA

FILED IN OFFICE

2008 FEB 20  AM 9: 34

CLERK/STATE COURT OF
FULTON COUNTY GEORGIA

| | |
|---|---|
| LVNV FUNDING LLC, ASSIGNEE OF HOUSEHOLD BANK (SB) N.A. FOR LEVITZ BULK<br><br>Plaintiff<br><br>vs.<br><br>JOSEPH FANNIN<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION FILE<br>)  NO. _____<br>)<br>)<br>) |

## SUIT ON ACCOUNT

Now comes the Plaintiff in the above-styled action and states its complaint as follows:

(1)

The Defendant, a resident of this county, is subject to the jurisdiction of this Court and can be served at his/her residence address of 2480 SURREY TRL, ATLANTA GA 30349.

(2)

The Defendant is indebted to Plaintiff in the amount of $1,877.58 as principal and $457.67 as interest.

(3)

The principal and interest are past due and Defendant refuses to pay.

WHEREFORE, Plaintiff demands Judgment against Defendant in the principal sum of $1,877.58, interest of $457.67 and court costs of $147.50.

Dennis E. Henry
Attorney for Plaintiff
Georgia Bar #347675
Frederick J. Hanna & Associates, P.C.
1427 Roswell Road
Marietta, GA 30062
(770) 988-9055

07407246

# *LVNV FUNDING, LLC*

JOSEPH FANNIN
2480 SURREY TRL
ATLANTA GA 30349

| ACCOUNT NUMBER | BALANCE AS OF | PAYMENT DUE DATE | MINIMUM PAYMENT |
|---|---|---|---|
| 0720630100631517 | January 28, 2008 | PAST DUE | $2,335.25 |

THE ABOVE REFERENCED ACCOUNT WITH LVNV FUNDING LLC, ASSIGNEE OF HOUSEHOLD BANK (SB) N.A. FOR LEVITZ BULK  IS PAST DUE $2,335.25.   THE PAST DUE AMOUNT IS INCLUDED IN THE MINIMUM PAYMENT.  THE PAST DUE AMOUNT INCLUDES THE ORIGINAL PRINCIPAL BALANCE OF $1,877.58 AND INTEREST ON THAT BALANCE OF $457.67 THAT HAS ACCRUED THROUGH THE DATE OF THIS STATEMENT.

## TRANSACTIONS:

| Date | Transaction | Principal Balance Due (Does not include interest) |
|---|---|---|
| December 14, 2007 | Placed with Frederick J. Hanna & Assocs. Collections | $1,877.58 |

PROMPT CREDITING OF PAYMENTS:  TO RECEIVE CREDIT FOR PAYMENTS
AS OF THE DATE OF RECEIPT, WE MUST RECEIVE PAYMENT AT:

**LVNV FUNDING, LLC**
**C/O FREDERICK J. HANNA & ASSOCIATES**
**1427 ROSWELL RD.**
**MARIETTA, GA 30062**

PAYMENTS RECEIVED AT THE ABOVE ADDRESS IN THE MANNER SPECIFIED
AFTER THAT TIME WILL BE CREDITED TO THE ACCOUNT AS OF OUR
NEXT BUSINESS DAY.  THE CREDITING TO THE ACCOUNT OF PAYMENTS
RECEIVED AT ANY LOCATION OTHER THAN THE ABOVE ADDRESS MAY
BE DELAYED UP TO 5 DAYS OF RECEIPT.

07407246

**GENERAL CIVIL CASE FILING INFORMATION FORM (Non-Domestic)**

| Court | County **FULTON** | Date Filed |
|---|---|---|
| STATE | Docket | |

**PLAINTIFF(s)**                                **Defendant(s)**

LVNV FUNDING LLC, ASSIGNEE OF
Last   First   Middle I.   Suffix   Prefix   Maiden

JOSEPH FANNIN
Last   First   Middle I.   Suffix   Prefix   Maiden

HOUSEHOLD BANK (SB) N.A. FOR
Last   First   Middle I.   Suffix   Prefix   Maiden

Last   First   Middle I.   Suffix   Prefix   Maiden

LEVITZ BULK
Last   First   Middle I.   Suffix   Prefix   Maiden

Last   First   Middle I.   Suffix   Prefix   Maiden

Last   First   Middle I.   Suffix   Prefix   Maiden

Last   First   Middle I.   Suffix   Prefix   Maiden

**No. of Plaintiffs  1**                     **No. of Defendants  1**

Plaintiff/Petitioner's Attorney      □ Pro Se

HENRY, DENNIS E.
Last      First      Middle I.   Suffix

Bar # 347675

| **Check Primary Type (Check only ONE)** | **If Tort is Case Type:** |
|---|---|
| **XX** Account/Contract | (Check no more than **TWO**) |
| □ Wills/Estate | □ Auto Accident |
| □ Real Property | □ Premises Liability |
| □ Dispossessory /Distress | □ Medical Malpractice |
| □ Personal Property | □ Other Professional Negligence |
| □ Equity | □ Product Liability |
| □ Habeas Corpus | □ Other Specify_____ |
| □ Appeals, Reviews | |
| □ Post Judgement Garnishment, Attachment, or Other Relief | **Are Punitive Damages Pleaded?** □ Yes □ No |
| □ Non-Domestic Contempt | |
| □ Tort (If tort, fill in right column) | |
| □ Other General Civil Specify_____ | |

Received on: __2/20/2008__

LVNV FUNDING LLC ETC _____

_____

_____

Plaintiff (s)

vs

JOSEPH FANNIN _____

_____

Defendant (s)

CASE NUMBER: 08vs132612G _____

IN THE: ___ STATE ___ COURT OF: ___ FULTON ___ COUNTY

TYPE OF WRIT

SUMMONS AND COMPLAINT

FILED IN OFFICE

2008 MAR 10   AT 9:15

FULTON COUNTY, GEORGIA

TO DEFENDANT: JOSEPH FANNIN _____

ADDRESS: 2480 SURREY TRL _____   CITY STATE&ZIP: ATLANTA, GA 30349

RECEIVED THIS WRIT ON: __2/20/2008__   AND SERVED IT and/or NON SERVED IT ON __2/29/2008__ AT: __6:29 PM__ UPON

NAMED: JOSEPH FANNIN _____   IN: ___ FULTON ___ COUNTY

## AFFIDAVIT OF SERVICE

Comes now,: TONJYA JOHNS _____ ,who after having been duly sworn deposes and states that he/she

is a Citizen of the United States, over 18 years of age and having no interest in this action. Affiant further states that he/she has been appointed to serve as Process Server by Court Order, a copy attached hereto for reference. Furthermore, Affiant states that the Summons and Complaint in the above styled case were served as indicated below.

| X | **PERSONAL** I have this day served: _____ JOSEPH FANNIN _____ |

personally with a copy of the within action and summons.   Description   SEX: __M__   RACE: ____B____

| | **NOTORIOUS** I have this day served the defendant: _____ |

by leaving a copy of the action and summons at his/her most notorious place of abode in this County. Delivered same into the hands of

_____ a person of suitable age and descretion who resides at the Defendants' residence or usual

place of abode and is authorized to accept on his/her behalf.   Description   SEX: __   RACE.: _____

| | POSTED TO PROPERTY OR PLACE OF ABODE, VACANT HOME OR VACANT   PROPERTY: [_____] |

| | **CORPORATE** Served.:: _____ |

a corporation by leaving a copy of the within action and summons   with.: _____

Registered Agent or person in charge of office.

| | **.SERVICE COST.:** [ $30.00 ] |

| | DECLARATION OF DILIGENCE |

NO SERVICE - For the reason that after diligent search and inquiry failed to find said Defendant in the County.

1st attempt: [    ]   2nd attempt: [    ]   3rd attempt: [    ]   4th attempt: [    ]

COMMENTS: _____

Sworn to before me, this: __5__ day of: *March 2008*   By: _____

Notary   My commission expires

FREDERICK J HANNA & ASSOCIATES

Server: TONJYA JOHNS
INDEPENDENT PROCESS SERVER
4002 Highway 78, Suite 530, #324
Snellville, Georgia 30039
PPS File No: [196733]   Client File#: 07407246

AL ONZO EVANS
Notary Public, Gwinnett Co., Georgia
My Commission Expires Dec 9, 2011

# ORIGINAL

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

LVNV FUNDING LLC *assignee of* HOUSEHOLD )
BANK (SB) N.A. FOR LEVITZ BULK, )
                                     )
                         *Plaintiff* )
                                      )
                 −*v*−                )
                                        )
JOSEPH FANNIN,                      )
                                        )
                       *Defendant.* )

CIVIL ACTION FILE NUMBER
**08VS132612G**

## ANSWER, DEFENSES, COUNTERCLAIMS

COMES NOW your defendant by counsel to answer the complaint unjustly lodged against him and, for his defenses and counterclaims, shows the court the following:

### ANSWER

1.

Defendant admits the jurisdiction allegation in numbered paragraph one of the complaint and objects to the disclosure of detailed private directory information in the complaint.

2.

Defendant denies the allegations contained in numbered paragraph two of the complaint and demands specific proof thereof by competent evidence.

3.

Defendant denies the allegations contained in numbered paragraph three of the complaint and demands specific proof thereof by competent evidence.

4.

Defendant denies all other allegations described in the complaint, including any contained in plaintiff's prayer for relief, denies that the plaintiff is entitled to the relief sought therein, and demands specific proof thereof by competent evidence.

DEFENSES

5.

Defendant has never contracted with Household Bank nor with any entity named "Leyitz Bulk."

6.

The claim is barred by the applicable statute of limitation.

7.

The claim is barred by failure of assignors to give notice to defendant of assignment.

8.

The claim is barred by plaintiff's demand for interest upon interest.

2

9.

The plaintiff did not acquire the alleged indebtedness from Household Bank as alleged.

10.

Neither Wells Fargo, nor any of its assignees, nor the plaintiff, nor any of its assignors gave defendant any notice of the alleged assignment.

COUNTERCLAIMS

11.

Plaintiff is a debt collector as defined by the Fair Debt Collection Practices Act (hereafter the "FDCPA").

12.

Defendant is a consumer as defined by the FDCPA.

13.

Defendant is an elderly person as defined by Georgia's Fair Business Practices Act (hereafter the "GaFBPA").

14.

Plaintiff's dunning letter and telephone calls to defendant are consumer transactions as defined by the FDCPA and the GaFBPA.

15.

Plaintiff intentionally caused to be delivered to defendant a dunning letter, a copy of which, true and correct in all relevant respects, is attached to this pleading, labeled Exhibit "A," and by this reference

3

incorporated into this paragraph as if the same were fully set forth in this numbered paragraph fifteen of this pleading.

16.

The dunning letter falsely and intentionally asserts defendant owes plaintiff money or more money than is actually owed.

17.

The dunning letter falsely and intentionally asserts that plaintiff acquired by assignment the alleged indebtedness directly from Household Bank.

18.

The dunning letter therefore falsely and intentionally describes the amount, character, and legal status of the alleged debt.

19.

The intentionally false statements in the dunning letter violate the FDCPA and the GaFBPA.

20.

The intentionally false statements in the dunning letter and in the complaint filed against defendant exemplify a pattern and practice of the plaintiff to collect zombie debts from elderly consumers.

21.

The described pattern and practice of perpetrating fraud against elderly consumers through deceptive collection communications damages

4

the economy of this state and this nation by increasing the number of personal bankruptcies, defaults on mortgages, divorces, etc.

COUNT 1.

22.

Plaintiff is liable to defendant in the amount of $1,000 for statutory damages to defendant for its violations of the FDCPA alleged above.

COUNT 2.

23.

Plaintiff is liable to defendant for treble damages under the GaFBPA for its intentional violations, as alleged above, of the FDCPA and the GaFBPA, or $3,000.

COUNT 3.

24.

Plaintiff is liable to the defendant in an amount of up to $10,000 for its effort through its intentionally deceptive practices which violate the FDCPA and the GaFBPA as alleged above to collect a fraudulent debt from an elderly consumer, the defendant.

WHEREFORE, defendant prays that the complaint brought against him be forthwith dismissed with prejudice with all costs cast upon the plaintiff, that this Court enter judgment against plaintiff in the amount of $14,000 for its intentional violations of the FDCPA and the GaFBPA alleged above, and for such other and further relief as is within the jurisdiction of this court to afford to defendant.

5

Respectfully submitted this 27th day of _March_ 2008 by:

UAW LEGAL SERVICES PLANS

by: _____

David F. Addleton, Staff Attorney
Attorney for Defendant
Georgia Bar Number 005050

2200 Century Parkway Suite 950
Atlanta Georgia 30345
404.248.0808, voice
404.248.1398, fax

6

EXHIBIT "A"
*The Dunning Letter*

# LVNV FUNDING, LLC

JOSEPH FANNIN
2480 SURREY TRL
ATLANTA GA 30349

| ACCOUNT NUMBER | BALANCE AS OF | PAYMENT DUE DATE | MINIMUM PAYMENT |
|---|---|---|---|
| 0720630100631517 | January 28, 2008 | PAST DUE | $2,335.25 |

THE ABOVE REFERENCED ACCOUNT WITH LVNV FUNDING LLC, ASSIGNEE OF HOUSEHOLD BANK (SB) N.A. FOR LEVITZ BULK IS PAST DUE $2,335.25. THE PAST DUE AMOUNT IS INCLUDED IN THE MINIMUM PAYMENT. THE PAST DUE AMOUNT INCLUDES THE ORIGINAL PRINCIPAL BALANCE OF $1,877.58 AND INTEREST ON THAT BALANCE OF $457.67 THAT HAS ACCRUED THROUGH THE DATE OF THIS STATEMENT.

## TRANSACTIONS:

| Date | Transaction | Principal Balance Due (Does not include interest) |
|---|---|---|
| December 14, 2007 | Placed with Frederick J. Hanna & Assocs. Collections | $1,877.58 |

PROMPT CREDITING OF PAYMENTS: TO RECEIVE CREDIT FOR PAYMENTS
AS OF THE DATE OF RECEIPT, WE MUST RECEIVE PAYMENT AT:

LVNV FUNDING, LLC
C/O FREDERICK J. HANNA & ASSOCIATES
1427 ROSWELL RD.
MARIETTA, GA 30062

PAYMENTS RECEIVED AT THE ABOVE ADDRESS IN THE MANNER SPECIFIED
AFTER THAT TIME WILL BE CREDITED TO THE ACCOUNT AS OF OUR
NEXT BUSINESS DAY. THE CREDITING TO THE ACCOUNT OF PAYMENTS
RECEIVED AT ANY LOCATION OTHER THAN THE ABOVE ADDRESS MAY
BE DELAYED UP TO 5 DAYS OF RECEIPT.

## CERTIFICATE OF SERVICE

The undersigned certifies he caused to be served upon counsel of record for the plaintiff a copy, true and correct in all relevant respects, of the within and foregoing Answer, Defenses, Counterclaims by causing the same to be placed with the United States Postal Service within a sealed envelope to which sufficient postage was affixed to assure delivery addressed as follows:

Dennis E. Henry
Frederick J Hanna & Associates, PC
1427 Roswell Road
Marietta GA 30062

this 27th day of ____March____ 2008.

_____
David P. Addleton

8



COPY

**IN THE STATE COURT OF FULTON COUNTY** FILED IN OFFICE
**STATE OF GEORGIA**

2008 AUG -5 PM 11: 38

CLERK/STATE COURT OF
FULTON COUNTY GEORGIA

| | |
|---|---|
| LVNV FUNDING, LLC<br>ASSIGNEE OF HOUSEHOLD BANK,<br>(SB) N.A. FOR LEVITZ BULK<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>JOSEPH FANNIN,<br><br>    Defendant/Counter-Plaintiff | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL ACTION FILE NO.
08VS132612G

## NOTICE OF APPEARANCE

COMES NOW, John H. Bedard, Jr. and Marcus G. Keegan of Franzén and Salzano, P.C., and hereby file their Notice of Appearance on behalf of LVNV Funding, LLC for the purpose of defending the counterclaim. Request is made that the court and counsel of record direct all further communication to the attention of the undersigned.

This 1st day of August, 2008.

Respectfully submitted,

**FRANZÉN AND SALZANO, P.C.**

John H. Bedard, Jr.
Georgia Bar No. 043473
Marcus G. Keegan
Georgia Bar No. 410424
*Counsel for Plaintiff*

40 Technology Parkway South, Suite 202
Norcross, Georgia 30092
Phone: (770) 248-2885
Fax:    (770) 248-2883

**IN THE STATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

FILED IN OFFICE

2008 AUG -5 PM 11:38

CLERK/STATE COURT OF
FULTON COUNTY GEORGIA

LVNV FUNDING, LLC
ASSIGNEE OF HOUSEHOLD BANK,
(SB) N.A. FOR LEVITZ BULK

  Plaintiff/Counter-Defendant,

v.

JOSEPH FANNIN,

  Defendant/Counter-Plaintiff

)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION FILE NO.
08VS132612G

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served all parties of record with a copy of the

foregoing Notice of Appearance by depositing a copy of same in the United States Mail,

with first-class postage affixed thereto, properly addressed as follows:

David F. Addleton
UAW Legal Services Plans
2200 Century Parkway, Suite 950
Atlanta, Georgia 30345

This 1st day of August, 2008.

Respectfully submitted,

John H. Bedard, Jr.
Georgia Bar No. 043473
Marcus G. Keegan
Georgia Bar No. 410424
*Counsel for Plaintiff*

Franzén and Salzano, P.C.
40 Technology Parkway South, Suite 202
Norcross, Georgia 30092
Phone: (770) 248-2885
Fax: (770) 248-2883

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

LVNV FUNDING, LLC, ASSIGNEE OF  :
HOUSEHOLD BANK (SB), N.A. FOR   :
LEVITZ BULK,                    :
                            :
    *Plaintiff,*   :
                            :   CIVIL ACTION FILE
vs.                             :   NO. 08VS132612G
                            :
JOSEPH FANNIN,                  :
                            :
    *Defendant.*   :
                            :

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice that Plaintiff hereby voluntarily dismisses the above-styled

action without prejudice pursuant to O.G.C.A. § 9-11-41(a) of the Civil Practice Act.

This __21__ day of _____*Aug.*_____, 2008.

FREDERICK J. HANNA & ASSOCIATES, P.C.
ATTORNEYS FOR PLAINTIFF

Joseph C. Cooling
Georgia Bar No. 184994

Frederick J. Hanna & Associates, P.C.
1427 Roswell Road
Marietta, GA 30062
Ph.: 770.988.9055
Fax: 770.980.0528

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

LVNV FUNDING, LLC, ASSIGNEE OF : 
HOUSEHOLD BANK (SB), N.A. FOR :
LEVITZ BULK, :
           :
     *Plaintiff,* :
           :       CIVIL ACTION FILE
vs. :       NO. 08VS132612G
           :
JOSEPH FANNIN, :
           :
     *Defendant.* :
           :

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served the foregoing NOTICE OF VOLUNTARY DISMISSAL upon Defendant by placing a copy of same in an envelope with sufficient postage affixed thereon to insure first-class delivery through the United States mail, addressed to the following:

        David Addleton
        UAW Legal Services
        2200 Century Pkwy, NE, Ste 950
        Atlanta, GA 30345

        This _21_ day of _____AUG._____ 2008.

        FREDERICK J. HANNA & ASSOCIATES, P.C.
        ATTORNEYS FOR PLAINTIFF

        Joseph C. Cooling
        Georgia Bar No. 184994

Frederick J. Hanna & Associates, P.C.
1427 Roswell Road
Marietta, GA 30062
Ph.: 770.988.9055
Fax: 770.980.0528

# IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

LVNV FUNDING LLC *assignee of*
HOUSEHOLD BANK (SB) N.A. FOR
LEVITZ BULK,

                                *Plaintiff*

                *— v —*

JOSEPH FANNIN,

                           *Defendant.*

)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION FILE NUMBER
**08VS132612G**

## NOTICE OF OBJECTION TO VOLUTARY DISMISSAL UNLESS DEFENDANT CAN PURSUE HIS COUNTERCLAIMS

COMES NOW your defendant by counsel to object to plaintiff's voluntary dismissal of its claims against defendant unless defendant can pursue his counterclaims against the plaintiff. Defendant intends to pursue his counterclaims against the plaintiff.

Respectfully submitted this 26th day of August 2008 by:

UAW LEGAL SERVICES PLANS

by: _____
      David F. Addleton, Staff Attorney
                 Attorney for Defendant
          Georgia Bar Number 005050

1

2200 Century Parkway Suite 950
Atlanta Georgia 30345
404.248.0808, voice
404.248.1398, fax

## CERTIFICATE OF SERVICE

The undersigned certifies he caused to be served upon

counsel of record for the plaintiff a copy, true and correct in all

relevant respects, of the within and foregoing NOTICE OF

OBJECTION TO VOLUTARY DISMISSAL UNLESS DEFENDANT

CAN PURSUE HIS COUNTERCLAIMS by causing the same to be

placed with the United States Postal Service within a sealed

envelope to which sufficient postage was affixed to assure

delivery addressed as follows:

Dennis E. Henry
Frederick J Hanna & Associates, PC
1427 Roswell Road
Marietta GA 30062

John Bedard
Franzen & Salzano PC
40 Technology Parkway S Suite 202
Norcross GA 30092

this 26th day of August _____ 2008.

_____
David F. Addleton

2



FILED IN OFFICE

2008 SEP 17 PM 2: 52

MARK HARPER
CLERK/STATE COURT OF
FULTON COUNTY, GEORGIA

## IN THE STATE COURT OF FULTON COUNTY
### STATE OF GEORGIA

LVNV FUNDING, LLC )
ASSIGNEE OF HOUSEHOLD BANK, )
(SB) N.A. FOR LEVITZ BULK )
)
    Plaintiff/Counter-Defendant, )
)
v. )        CIVIL ACTION FILE NO.
)        08VS132612G
)
JOSEPH FANNIN, )
)
    Defendant/Counter-Plaintiff )
_____ )

### LVNV'S RESPONSE TO OBJECTION TO NOTICE OF DISMISSAL AND MOTION TO AMEND CAPTION

Former Plaintiff, LVNV Funding, LLC assignee of Household Bank (SB) N.A. for Levitz

Bulk ("LVNV"), has dismissed its claims in this action.[1]  Former Defendant and counter-claim

Plaintiff, Joseph Fannin, however has indicated his desire to continue forward with his action.[2]

LVNV does not object to Joseph Fannin's desire to continue his action as expressed in his notice of

objection.  Further, as LVNV no longer seeks to pursue any claims, but Joseph Fannin does seek to

continue his claims, the caption in this matter is incorrect, and should be read as Joseph Fannin,

Plaintiff and LVNV Funding, LLC assignee of Household Bank (SB) N.A. for Levitz Bulk as

Defendant.

---

[1] See, Notice of Voluntary Dismissal, attached hereto as Exhibit 1.
[2] See, Notice of Objection to Dismissal, attached hereto as Exhibit 2.

1

Wherefore, LVNV respectfully requests that this Court dismiss LVNV from this case and amend the caption in this case to more accurately reflect the true position of the parties in this matter.

This 16th day of September, 2008.

Respectfully submitted,

**FRANZÉN AND SALZANO, P.C.**

John H. Bedard, Jr.
Georgia Bar No. 043473
Marcus G. Keegan
Georgia Bar No. 410424
*Counsel for Plaintiff*

40 Technology Parkway South, Suite 202
Norcross, Georgia  30092
Phone: (770) 248-2885
Fax:    (770) 248-2883

2